RICHARD V. MATTISON, JR., Respondent, *v.* AGNES C. MATTISON, Appellant.

Reported below, 137 App. Div. 918.
(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment entered March 31, 1910, upon an order of the Appellate Division of

the Supreme Court in the first judicial department affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for divorce.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of the trial court were supported by the evidence; that the exceptions were frivolous and that no question of law was involved.

*Edmund L. Mooney* for motion.

*Edward Hynes* opposed.

Motion denied, with ten dollars costs.